UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

LARRY DEVONTE HARRIS,

          Petitioner,

v.

BRYAN MORRISON,

          Respondent.

_____ /

Case No. 1:22-cv-820

Honorable Paul L. Maloney

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: January 5, 2023

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge