UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

LARRY DEVONTE HARRIS,

        Petitioner,

v.

   Case No. 1:22-cv-820

   Honorable Paul L. Maloney

BRYAN MORRISON,

        Respondent.

_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases as untimely and for failure to raise a meritorious federal claim.

Dated:  January 5, 2023                 /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       United States District Judge